### 16578. ALLRED *v.* THE STATE.

BROYLES, C. J. The evidence tending to connect the accused with the offense charged was wholly circumstantial, and was insufficient to exclude every reasonable hypothesis save that of his guilt. The court therefore erred in refusing to grant a new trial.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 29, 1925.

Conviction of making intoxicating liquor; from Polk superior court—Judge Irwin. May 19, 1925.

*E. S. Ault,* for plaintiff in error.

*E. S. Griffith, solicitor-general,* contra.